**Electronically Filed
Supreme Court
SCAD-21-0000096
16-APR-2021
08:49 AM
Dkt. 10 OSUS**

SCAD-21-0000096

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

BROOKS L. BANCROFT,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case Nos. 19-0504, 20-0100)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the March 3, 2021 petition, filed by the Office of Disciplinary Counsel (ODC), requesting this court, pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawai'i (RSCH), to require Respondent Brooks L. Bancroft to show cause as to why he should not be immediately suspended from the practice of law for failing to cooperate with ODC in its lawful investigations into allegations of misconduct committed by Respondent Bancroft, this court's March 9, 2021 order to show cause, the lack of a response by Respondent Bancroft, and the record in this matter, we conclude that granting the petition is

warranted and supported by the record.  Therefore,

IT IS HEREBY ORDERED that the petition is granted. Respondent Bancroft is suspended from the practice of law, effective immediately upon the filing of this order, and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Bancroft shall constitute a suspension for the purposes of RSCH Rule 2.16.  The Disciplinary Board of the Hawaiʻi Supreme Court and Respondent Bancroft shall therefore comply with the relevant requirements of that Rule.

IT IS FURTHER ORDERED that the Clerk shall forthwith distribute a copy of this order to all judges, pursuant to RSCH Rule 2.16(f).  Distribution may be by electronic mail.

DATED: Honolulu, Hawaiʻi, April 16, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2